**FILED**
February 5, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:02-cr-288 DLJ |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Khachatur Tevanyan, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Khachatur Tevanyan_ Case _2:02-cr-288 DLJ_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    _X_ Unsecured bond in the amount of $150,000, co-signed by the the Msryans, to be secured by 2/22/08.

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) _PTS conditions/supervision;_

Issued at _Sacramento, CA_ on _2/5/08_ at _2:40 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge